**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATHAN STRONG,<br><br>    *Plaintiff*,<br>  v.<br><br>HAMPTON DELLINGER,<br>*U.S. Special Counsel*, et al,<br><br>    *Defendants*. | Civil Action No. 24-2766 (TJK) |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff apologizes to the court for this unfortunate issue, resulting from a software technical error. The original document became corrupted following Plaintiff's review and the software replaced and submitted the next available document. Plaintiff did not know this had occurred until notification by the court. Plaintiff recovered and submitted the correct document upon notification of the deficiency. To ensure that the defendant's rights are not prejudiced and to mitigate this deficiency, Plaintiff will acquiesce to an additional 6 days for the government to respond, the same amount of the additional time Plaintiff received as a result of the deficiency.

    Respectfully submitted,

    /s/ Nathan Strong
    Nathan Strong
    240 S. Reynolds St, #102
    Alexandria, VA 22304
    Telephone: (202) 709-6123

    February 9, 2025