# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NATHAN STRONG,

    *Plaintiff*,

v.

HAMPTON DELLINGER,
*U.S. Special Counsel*, et al,

    *Defendants*.

Civil Action No. 24-2766 (TJK)

## MOTION TO SEAL

Plaintiff requests that the court seal this case and associated pleadings. Evidence and documents submitted contain Plaintiff's private and confidential medical evidence/information, mental health information, and personally identifiable information. To protect his privacy and shield confidential information from public access, Plaintiff requests that the court seal this case or alternatively, seal pleadings by the parties containing such information.

        Respectfully submitted,

        /s/ Nathan Strong
        Nathan Strong
        240 S. Reynolds St, #102
        Alexandria, VA 22304
        Telephone: (202) 709-6123

        February 9, 2025

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATHAN STRONG,

      *Plaintiff*,

v.

HAMPTON DELLINGER,
*U.S. Special Counsel*, et al,

      *Defendants*.

Civil Action No. 24-2766 (TJK)

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion to Seal, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED. It is further

SO ORDERED.

Date: _____

                                                                          United States District Judge