UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATHAN STRONG,

      *Plaintiff*,

v.

HAMPTON DELLINGER,
*U.S. Special Counsel*, et al,

      *Defendants*.

Civil Action No. 24-2766 (TJK)

## MOTION FOR JUDICIAL NOTICE

In accordance with FRCP Rule 201, Plaintiff respectfully requests the court take notice of facts detailed here. In the instant case, the DOJ *argues against* Plaintiff's claims that the structure of the OSC is an unconstitutional bar to executive branch's ability to provide prohibited personnel practice protection to Office of Special Counsel (OSC) employees. The DOJ has stated these claims are meritless. However, in *Dellinger v. Bessent* (25-5028, 1:25-cv-00385-ABJ), the DOJ currently argues that the structure of the OSC is an unconstitutional bar to the President's authority and that the head of the Agency can be removed without cause. These positions are obviously contradictory and inconsistent.

Respectfully submitted,

/s/ Nathan Strong
Nathan Strong
240 S. Reynolds St, #102

1

Alexandria, VA 22304
Telephone: (202) 709-6123

February 25, 2025